IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) | CIVIL NO. 18-00233 JAO-KJM |
| Plaintiff, | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) | RECOMMENDATION |
| SIU'S ELECTRIC CORP.; ROMEO RAMIRO, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 31, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION GRANTING PLAINTIFF UNITED STATES FIRE INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT ONLY AS TO ROMEO RAMIRO" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:     Honolulu, Hawai'i, January 22, 2019.



Jill A. Otake
United States District Judge

CV 18-00233 JAO-KJM; *UNITED STATES FIRE INSURANCE COMPANY V. SIU'S ELECTRIC CORP., ET AL.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION